```
           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )    4:04CR3157
                               )
     v.                        )
                               )
LISIA PACHECO,                 )      ORDER
                               )
     Defendant.                )
```

IT IS ORDERED,

A hearing on defendant's competency to stand trial is set for May 27, 2005 at 1:00 p.m.

Dated April 29, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge