IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3157 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LISIA PACHECO, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Motion to Continue Plea Date, filing 68,

IT IS ORDERED:

1. The Motion is granted and the plea hearing is continued to August 8, 2005 at 1:30 p.m., and will be held in Courtroom No. 2 of the U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

2. The clerk is directed to remove filing 68 from the public docket sheet and file it as a sealed pleading.

Dated this 6th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge