```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3157 |
| v. | ) | |
| | ) | |
| LISIA PACHECO, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

After her discharge from St. Monica's, the defendant was brought before me on August 16 to determine conditions of release. Following the comments of counsel, I concluded that the defendant must be detained until suitable residential placement becomes available.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. The pretrial services officer shall investigate the availability of suitable residential arrangements that would afford the defendant treatment appropriate to her needs, and shall report her findings to the court and counsel as soon as practicable.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge